UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORRIS LAMONT ROBINSON,

        Petitioner,

                                    Case No. 1:03-cv-475

v.

                                    HON. DAVID W. McKEAGUE

KURT JONES,

        Respondent.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner Morris Lamont Robinson, a state prisoner, having brought this action under 28 U.S.C. § 2254 for habeas corpus relief; and

The petition having been reviewed by the United States Magistrate Judge, who on April 25, 2005, issued a 45-page report and recommendation, recommending that the petition for writ of habeas corpus be denied; and

The report and recommendation having been duly served on the parties and no objection having been filed within the time permitted by law; and

The Court having duly considered the report and recommendation and finding it to be well-reasoned and in accord with applicable law; now therefore,

**IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED** as the opinion of the Court; and

**IT IS FURTHER ORDERED**, consistent with the report and recommendation, that petitioner's petition for a writ of habeas corpus is hereby **DENIED**.


Dated: May 20, 2005                                  /s/   David W. McKeague
                                                    DAVID W. McKEAGUE
                                                    UNITED STATES DISTRICT JUDGE